IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HILITE INTERNATIONAL, INC., | ) | |
| | ) | C. A. No. 08-287-SLR |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JURY TRIAL REQUESTED |
| | ) | |
| BORGWARNER INC., and | ) | |
| BORGWARNER MORSE TEC INC., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Hilite International, Inc. states that Hilite Holdings, LLC owns 10% or more of Hilite International, Inc.'s stock.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Timothy J. O'Hearn
tohearn@jonesday.com
Karl M. Maersch
kmmaersch@jonesday.com
Peter D. Siddoway
pdsiddoway@jonesday.com
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190
(216) 586-3939

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    P.O. Box 951
    Hercules Plaza
    Wilmington, Delaware 19899
    (302) 984-6000
    provner@potteranderson.com

*Attorneys for Plaintiff*

Dated: June 3, 2008
1620905

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on June 3, 2008, the within document was filed with the Clerk of the Court using CM/ECF; that the document was served on the following defendants as indicated; and that the document is available for viewing and downloading from CM/ECF.

### HAND DELIVERY

Borgwarner Inc.
c/o Registered Agent
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Borgwarner Morse Tec Inc.
c/o Registered Agent
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com