IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HILITE INTERNATIONAL INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-287 (SLR) |
| | ) | |
| BORGWARNER INC., and | ) | |
| BORGWARNER MORSE TEC INC., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants BorgWarner Inc. and BorgWarner Morse TEC Inc., and subject to the approval of the Court, that Defendants time to move, answer or otherwise respond to or against Plaintiff's Complaint is hereby extended through and including July 23, 2008.

/s/ Philip A. Rovner
Philip A. Rovner, Esq.
provner@potteranderson.com
Potter Anderson & Corroon LLP
P.O. Box 951
1313 N. Market Street
Wilmington, Delaware 19801
(302) 984-6000
(302) 658-1192 (fax)
*Attorneys for Plaintiff*
*Hilite International Inc.*

/s/ Anne Shea Gaza
William J. Wade (#704)
wade@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
(302) 651-7701 (fax)
*Attorneys for Defendants BorgWarner Inc.*
*and BorgWarner Morse TEC Inc.*

**SO ORDERED** this ____ day of _____, 2008.

_____
Judge Sue L. Robinson

-3293802-1