IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HILITE INTERNATIONAL, INC. | ) )  ) |
| Plaintiff, | ) C.A. No. 08-287 (SLR) ) |
| vs. | ) JURY TRIAL DEMANDED ) |
| BORGWARNER INC., and BORGWARNER MORSE TEC INC., | ) ) ) |
| Defendants, | ) ) |

**DEFENDANTS' DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendants BorgWarner Inc. and BorgWarner Morse TEC Inc. state the following: BorgWarner Morse TEC Inc. is a wholly owned subsidiary of BorgWarner Inc. In addition, no publicly-traded company owns 10% or more of BorgWarner Inc.

Of Counsel
James A. Hardgrove
Hugh A. Abrams
Aaron S. Mandel
Constantine Koutsoubas
SIDLEY AUSTIN llp
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

Dated: July 23, 2008

William J. Wade (#704)
wade@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
*Attorneys for Defendants BorgWarner, Inc. and BorgWarner Morse TEC, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Philip A. Rovner, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Fl.
P.O. Box 951
Wilmington, DE 19899-0951

I hereby certify that on July 23, 2008, the foregoing document was sent via Federal Express to the following non-registered participants:

Timothy J. O'Hearn, Esquire
Karl M. Maersch, Esquire
Peter D. Siddoway, Esquire
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

*Anne Shea Gaza*
Anne Shea Gaza (#4093)
gaza@rlf.com

RLF1-3305482-1