IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HILITE INTERNATIONAL, INC., ) | |
| ) | C. A. No. 08-287-SLR |
| Plaintiff, ) | |
| ) | |
| v. ) | JURY TRIAL REQUESTED |
| ) | |
| BORGWARNER INC., and ) | |
| BORGWARNER MORSE TEC INC., ) | |
| ) | |
| Defendants. ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Timothy J. O'Hearn, Esq., Jones Day, North Point, 901 Lakeside Avenue, Cleveland, OH 44114 to represent plaintiff Hilite International, Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: _____
Philip A. Rovner (#3215)
P.O. Box 951
Hercules Plaza
Wilmington, Delaware 19899
(302) 984-6000
provner@potteranderson.com

Dated: July 30, 2008
876448

*Attorneys for Plaintiff
Hilite International, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____     _____
                                                               United States District Judge

CERTIFICATION

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☑ will be submitted to the Clerk's Office upon the filing of this motion.

Date: 7/29/08

Timothy J. O'Hearn
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
(216) 586-3939
tohearn@jonesday.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on July 30, 2008, the within document was filed with the Clerk of the Court using CM/ECF; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### HAND DELIVERY AND E-MAIL

>William J. Wade, Esq.
>Anne Shea Gaza, Esq.
>Richards, Layton & Finger, P.A.
>One Rodney Square
>920 N. King Street
>Wilmington, DE  19801
>wade@rlf.com
>gaza@rlf.com

I hereby certify that on July 30, 2008 the foregoing document was sent by E-mail to the following non-registered participants:

>James A. Hardgrove, Esq.
>Hugh A. Abrams, Esq.
>Aaron S. Mandel, Esq.
>Sidley Austin LLP
>One South Dearborn Street
>Chicago, IL  60603
>jhardgrove@sidley.com
>habrams@sidley.com
>amandel@sidley.com

>/s/ Philip A. Rovner
>Philip A. Rovner (#3215)
>Potter Anderson & Corroon LLP
>Hercules Plaza
>P.O. Box 951
>Wilmington, Delaware 19899
>(302) 984-6000
>E-mail: provner@potteranderson.com