## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| HILITE INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 08-287 (SLR) |
| | ) | |
| vs. | ) | JURY TRIAL DEMANDED |
| | ) | |
| BORGWARNER INC. and | ) | |
| BORGWARNER MORSE TEC INC., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel hereby moves the admission *pro hac vice* of James A. Hardgrove, Hugh A. Abrams, Aaron S. Mandel and Constantine Koutsoubas to represent Defendants in this matter.

OF COUNSEL:
James A. Hardgrove
Hugh A. Abrams
Aaron S. Mandel
Constantine Koutsoubas
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603
312-853-7464

Dated: July 30, 2008

William J. Wade (#704)
Wade@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
*Attorneys for Defendants*

## ORDER GRANTING MOTION

IT IS SO ORDERED that counsel's motion for admission *pro hac vice* is GRANTED.

Dated:_____          _____
                                 United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

James A. Hardgrove

James A. Hardgrove
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603

Dated: Jul 28, 2008

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

_____
Hugh A. Abrams

Hugh A. Abrams
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603
Dated:_____7/29/08_____

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

Aaron S. Mandel

Aaron S. Mandel
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603

Dated: 7/28/08

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

Constantine Koutsoubas

Constantine Koutsoubas
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603
Dated: July 28, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Philip A. Rovner, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Fl.
P.O. Box 951
Wilmington, DE 19899-0951

I hereby certify that on July 30, 2008, the foregoing document was sent via Federal Express to the following non-registered participants:

Timothy J. O'Hearn, Esquire
Karl M. Maersch, Esquire
Peter D. Siddoway, Esquire
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

Anne Shea Gaza (#4093)
gaza@rlf.com