IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HILITE INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 08-287-SLR |
| ) | |
| BORGWARNER INC. and ) | |
| BORGWARNER MORSE TEC INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 22nd day of August, 2008, Defendants' Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) were served upon the following counsel of record at the address and in the manner indicated:

**VIA HAND DELIVERY**

Philip A. Rovner, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Fl.
P.O. Box 951
Wilmington, DE 19899-0951

**VIA FEDERAL EXPRESS**

Timothy J. O'Hearn, Esquire
Karl M. Maersch, Esquire
Peter D. Siddoway, Esquire
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

RLF1-3314976-1

|  |  |
|---|---|
| | /s/ Anne Shea Gaza |
| OF COUNSEL: | William J. Wade (#704) |
| | wade@rlf.com |
| James A. Hardgrove | Anne Shea Gaza (#4093) |
| Hugh A. Abrams | gaza@rlf.com |
| Aaron S. Mandel | Richards, Layton & Finger |
| Constantine Koutsoubas | One Rodney Square |
| SIDLEY AUSTIN LLP | 920 North King Street |
| One South Dearborn Street | Wilmington, DE 19801 |
| Chicago, Illinois 60603 | (302) 651-7700 |
| (312) 853-7000 | |
| | *Attorneys for Defendants* |
| Dated: August 22, 2008 | *BORGWARNER INC. and BORGWARNER MORSE TEC INC.* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Philip A. Rovner, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Fl.
P.O. Box 951
Wilmington, DE 19899-0951

I hereby certify that on August 22, 2008, the foregoing document was sent via Federal Express to the following non-registered participants:

Timothy J. O'Hearn, Esquire
Karl M. Maersch, Esquire
Peter D. Siddoway, Esquire
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
gaza@rlf.com