
# Potter
# Anderson
# &Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Philip A. Rovner**
Partner
provner@potteranderson.com
302-984-6140   Direct Phone
302-658-1192   Fax

August 27, 2008

**BY E-FILE**

The Honorable Sue L. Robinson
United States District Court for
   the District of Delaware
U.S. Courthouse
844 N. King Street
Wilmington, DE  19801

      Re:   Hilite International Inc. v. Borgwarner Inc., *et al.*,
            D. Del., C.A. No. 08-287-SLR

Dear Judge Robinson:

      We represent plaintiff in the above-referenced action.  In anticipation of the scheduling conference to be held on Thursday, August 28, 2008 at 9:30 a.m. and in accordance with Your Honor's Order for Scheduling Conference (D.I. 13), the parties have met and conferred regarding the Court's proposed Scheduling Order.  As indicated in the enclosed proposed order, submitted on behalf of plaintiff and defendants, the parties have reached agreement on a number of issues.  Where they have not, the proposed order contains the parties' competing proposals.

      Counsel will be prepared to explain their respective proposals at tomorrow's conference.  If Your Honor should have any questions prior to the conference, counsel are available at the Court's convenience.

                      Respectfully,

                      Philip A. Rovner
                      provner@potteranderson.com

PAR/mes/879954
Enc.
cc:  William J. Wade, Esq. (w/encl.) – By CM-ECF, Hand Delivery and E-mail