IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HILITE INTERNATIONAL, INC., ) | |
| ) | C. A. No. 08-287-SLR |
| Plaintiff, ) | |
| ) | |
| v. ) | JURY TRIAL REQUESTED |
| ) | |
| BORGWARNER INC., and ) | |
| BORGWARNER MORSE TEC INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on September 2, 2008, true and correct copies of the following document were served on the following counsel of record at the addresses and in the manner indicated:

HILITE INTERNATIONAL, INC.'S INITIAL DISCLOSURE STATEMENT
PURSUANT TO FED. R. CIV. P. 26(a)(1)(A)

### BY E-MAIL

| | |
|---|---|
| William J. Wade, Esq. | James A. Hardgrove, Esq. |
| Anne Shea Gaza, Esq. | Hugh A. Abrams, Esq. |
| Richards, Layton & Finger, P.A. | Constantine Koutsoubas, Esq. |
| One Rodney Square | Richard T. McCaulley, Jr., Esq. |
| 920 N. King Street | Sidley Austin LLP |
| Wilmington, DE 19801 | One South Dearborn Street |
| wade@rlf.com | Chicago, IL 60603 |
| gaza@rlf.com | jhardgrove@sidley.com |
| | habrams@sidley.com |
| | dkoutsoubas@sidley.com |
| | rmccaulley@sidley.com |

PLEASE TAKE NOTICE that, on September 3, 2008, true and correct copies of the said document were served on the following counsel of record at the addresses and in the manner

indicated:

| **BY HAND DELIVERY** | **BY FIRST CLASS MAIL** |

William J. Wade, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
wade@rlf.com
gaza@rlf.com

James A. Hardgrove, Esq.
Hugh A. Abrams, Esq.
Constantine Koutsoubas, Esq.
Richard T. McCaulley, Jr., Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
jhardgrove@sidley.com
habrams@sidley.com
dkoutsoubas@sidley.com
rmccaulley@sidley.com


POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Timothy J. O'Hearn
Karl M. Maersch
Peter D. Siddoway
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
(216) 586-3939

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    P.O. Box 951
    Hercules Plaza
    Wilmington, Delaware 19899
    (302) 984-6000
    provner@potteranderson.com

*Attorneys for Plaintiff*

Dated: September 3, 2008
880909

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on September 3, 2008, the within document was filed with the Clerk of the Court using CM/ECF; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

## HAND DELIVERY

William J. Wade, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
wade@rlf.com
gaza@rlf.com

I hereby certify that on September 3, 2008 the foregoing document was sent by First Class Mail to the following non-registered participants:

James A. Hardgrove, Esq.
Hugh A. Abrams, Esq.
Constantine Koutsoubas, Esq.
Richard T. McCaulley, Jr., Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
jhardgrove@sidley.com
habrams@sidley.com
dkoutsoubas@sidley.com
rmccaulley@sidley.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com