IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HILITE INTERNATIONAL, INC., | ) | |
| | ) | C. A. No. 08-287-SLR |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JURY TRIAL REQUESTED |
| | ) | |
| BORGWARNER INC., and | ) | |
| BORGWARNER MORSE TEC INC., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

*pro hac vice* of Karl M. Maersch, Esq. and Peter D. Siddoway, Esq., Jones Day, North Point, 901

Lakeside Avenue, Cleveland, OH 44114 to represent plaintiff Hilite International, Inc. in this

matter.

POTTER ANDERSON & CORROON LLP

By: _____
Philip A. Rovner (#3215)
P.O. Box 951
Hercules Plaza
Wilmington, Delaware 19899
(302) 984-6000
provner@potteranderson.com

Dated: September 5, 2008
881188

*Attorneys for Plaintiff*
*Hilite International, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.


Dated: _____          _____
                                        United States District Judge

## CERTIFICATION

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of Court; or

☑ will be submitted to the Clerk's Office upon the filing of this motion.

Date: September 4, 2008

Karl M. Maersch
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
(216) 586-7032
kmmaersch@JonesDay.com

## CERTIFICATION

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of Court; or

☑ will be submitted to the Clerk's Office upon the filing of this motion.

Date: <u>September 4, 2008</u>

Peter D. Siddoway
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
(216) 586-7055
pdsiddoway@JonesDay.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on September 5, 2008, the within

document was filed with the Clerk of the Court using CM/ECF; that the document was

served on the following counsel as indicated; and that the document is available for

viewing and downloading from CM/ECF.

**HAND DELIVERY AND E-MAIL**

William J. Wade, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE  19801
wade@rlf.com
gaza@rlf.com

I hereby certify that on September 5, 2008 the foregoing document was sent by E-

mail to the following non-registered participants:

James A. Hardgrove, Esq.
Hugh A. Abrams, Esq.
Constantine Koutsoubas, Esq.
Richard T. McCaulley, Jr., Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603
jhardgrove@sidley.com
habrams@sidley.com
dkoutsoubas@sidley.com
rmccaulley@sidley.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com